# Order

Michigan Supreme Court
Lansing, Michigan

September 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155245(79)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ELISAH KYLE THOMAS,
      Defendant-Appellant.

SC: 155245
COA: 326311
Wayne CC: 14-009512-FC

_____/

      On order of the Chief Justice, the motion of the American Psychological Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on September 6, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2017



Clerk